JP:RTP

UNITED STATES DISTRICT COURT 1 - 1020
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | COMPLAINT AND AFFIDAVIT<br>IN SUPPORT OF APPLICATION<br><u>FOR AN ARREST WARRANT</u> |
| - against - | (T. 8, U.S.C.,<br>§§ 1326(a) and<br>1326(b)(2)) |
| FELIPE DEMESA-JAVIER,<br>   also known as<br>   "Felipe Demeza-Javier,"<br>   "Filipe Demesa" and<br>   "Yureida Cardinas-Gutierres," | 11-M-1020 |
| Defendant. | |

- - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

        BRIAN FIGUEIREDO, being duly sworn, deposes and states

that he is a Deportation Officer with United States Immigration

and Customs Enforcement ("ICE"), duly appointed according to law

and acting as such.

        On or about September 17, 2011, within the Eastern

District of New York and elsewhere, the defendant FELIPE DEMESA-

JAVIER, also known as "Felipe Demeza-Javier," Filipe Demesa" and

Yureida Cardinas-Gutierres," an alien who had previously been

deported from the United States after a conviction for an

aggravated felony, was found in the United States without the

Secretary of the United States Department of Homeland Security,

successor to the Attorney General of the United States, having

expressly consented to such alien's applying for admission.

(Title 8, United States Code, Section 1326(b)(2)).

The source of your deponent's information and the grounds for his belief are as follows:[1]/

1.   I have been involved in the investigation of numerous cases involving the illegal re-entry of aliens. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2.   On or about September 17, 2011, the defendant FELIPE DEMESA-JAVIER was arrested under the name Felipe Demeza-Javier by the New York City Police Department in Queens, New York for Assault on a peace officer, police officer, fireman or emergency medical services professional, contrary to Section 120.08 of the New York State Penal Law, and Obstructing governmental administration in the second degree, contrary to Section 195.05 of the New York State Penal Law.

3.   Subsequent to the arrest, ICE officials ran a criminal history and found that the defendant FELIPE DEMESA-

---

[1]/    Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3

JAVIER, a citizen of Mexico, had been previously removed from the
United States on August 31, 1999.

4.    ICE officials determined that on or about February
10, 1999, the defendant FELIPE DEMESA-JAVIER, under the name
"Filipe Demesa," was convicted of Assault on a police officer in
Van Nuys, California, a felony offense.

5.    An ICE official with fingerprint analysis training
compared the fingerprints taken in connection with the
defendant's arrest underlying his February 10, 1999 conviction;
the fingerprints taken in connection with the defendant's August
31, 1999 removal; and the fingerprints taken in connection with
the defendant's September 17, 2011 arrest, and determined that
all three sets of fingerprints were made by the same individual.

6.    A search of ICE records has revealed that there
exists no request by the defendant for permission from the
Secretary of the Department of Homeland Security, successor to
the Attorney General of the United States, to reapply for
admission to renter the United States after removal.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for  the defendant FELIPE DEMESA-JAVIER, also known as "Felipe Demeza-Javier," "Filipe Demesa" and "Yureida Cardinas-Gutierres," so that he may be dealt with according to law.

_____
BRIAN FIGUEIREDO
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me this
17th day of October, 2011

GE